UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBERT MARQUE ELLIS DENNIS,

       Petitioner,

                                   CASE NO. 2:10-CV-11056
v.                                    HONORABLE DENISE PAGE HOOD

NICK LUDWICK,

       Respondent.

_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, the Honorable Denise Page Hood, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

                                          S/Denise Page Hood
                                          Denise Page Hood
                                          United States District Judge

Dated: October 31, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 31, 2012, by electronic and/or ordinary mail.

                                          S/LaShawn R. Saulsberry
                                          Case Manager